UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK BOLES, individually and on behalf of others similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ST. LOUIS, MISSOURI, et al., <br><br> Defendants. | Case No. 4:21 CV 378 CDP |

## ORDER

This case was assigned to me on March 31, 2021. On April 2, 2021, plaintiffs filed a motion for Temporary Restraining Order. I heard that emergency motion and denied it on the next business day, April 5, 2021. I have now concluded that I should disqualify myself from this case because there is a chance that its outcome could affect Court employees, including those who report to me. To avoid any potential appearance of impropriety, recusal is appropriate. See 28 U.S.C. § 455.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reassign the case to another judge who is not recused as determined by the Clerk of Court and the Chief Judge.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2021.